IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHRISTOPHER R. BUCHANAN,  :

    Plaintiff,

  v.  :  Case No. 3:13-cv-307

COMMISSIONER OF SOCIAL  :  JUDGE WALTER H. RICE
SECURITY,

    Defendant.  :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #22); SUSTAINING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEY FEES (DOC. #19); AWARDING FEES PURSUANT TO 42 U.S.C. § 406(b) IN THE AMOUNT OF $6,900.75

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his August 12, 2016, Report and Recommendations, Doc. #22, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing, and SUSTAINS Plaintiff's unopposed Motion for Approval of Attorney Fees, Doc. #19. The Court notes that, although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections were filed within the time allotted.

Accordingly, Plaintiff's counsel is AWARDED the requested sum of $6,900.75 in attorney fees. This case shall remain terminated on the Court's docket.

Date: September 13, 2016

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE